# UNCLAIMED FUNDS

#60550
FILED
2010 MAR 12 PM 1:32
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

MARCH 11, 2010

05-69610  CHARLES JONES
          CREDITOR DID NOT CASH CHECK
          CHECK #418524 FOR $7.55
          ALLTEL
          ONE ALLIED DR B5
          THIRD FLOOR
          LITTLE ROCK, AR 72202

07-61597  NANETTE CARRIGAN
          DEBTOR DID NOT CASH CHECK
          CHECK #418525 FOR $1,167.00
          NANETTE K CARRIGAN
          220 LOUISE STREET
          RITTMAN, OH 44270

09-60735  GEORGE BENACH
          CREDITOR DID NOT CASH CHECK
          CHECK #418526 FOR $110.99
          FIRST MERIT BANK NA
          111 CASCADE PLAZA CAS 36
          AKRON, OH 44308

06-62260  ANGEL BASURTO, JR
          CREDITOR DID NOT CASH CHECK
          CHECK #418527 FOR $6.41
          JAMES CARPENTER
          2610 TOWNSHIP RD 87
          KILLBUCK, OH 44637-9702